# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 14640 |
| Joseph O Givens, ) | HON. Judge Timothy A Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;
See Attached List via U.S. Mail.

Please take notice that on August 6, 2020, at 1:30 p.m. I shall appear before the Honorable Judge Timothy A Barnes, or any judge sitting in stead and present the attached motion.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court- Solutions.com or by calling Court Solutions at (917) 746-7476.

**A party who objects to this motion** and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 20 S. Clark Street, Chicago, IL 60603,July 29, 2020, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

Respectfully Submitted,
___/s/ Alexander Nohr___
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-14640<br>Northern District of Illinois<br>Eastern Division<br>Wed Jul 29 08:12:02 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)AMERICAN AIRLINES FEDERAL CREDIT UNION<br>ATTN ATTN LEGAL<br>14050 FAA BLVD<br>FORT WORTH TX 76155-2114 |
| Aafcu<br>PO BOX 619001 MD2100<br>DALLAS, TX 75261-9001 | Aaron's Furniture<br>4830 W. Diversey Ave<br>Chicago, IL 60639-1774 | Atlas Acquisitions LLC (Snap Finance)<br>294 Union St<br>Hackensack, NJ 07601-4303 |
| Bmo Harris<br>P.O. Box 1111<br>Madison, WI 53701-1111 | Check N Go<br>7755 Montgomery Road<br>Cincinnati, OH 45236-4197 | City Of Chicago Department Of Revenue<br>121 North Lasalle Street<br>Chicago, IL 60602-1252 |
| Comcast<br>P.O. Box 301<br>Southeastern, PA 19399 | Get It Now Llc<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Harris & Harris Ltd<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| Illinois Tollway<br>2700 Ogden Ave<br>Legal Dept<br>Downers Grove, IL 60515-1703 | Irs 1<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Monterey Financial Svc<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 |
| Northwestern Medicine<br>676 N Saint Clair St Lbby 100<br>Chicago, IL 60611-3123 | Nprto Illinois, Llc<br>256 West Data Drive<br>Draper, UT 84020-2315 | Payday Loan Store<br>1 S Wacker Dr Fl 36<br>Chicago, IL 60606-4603 |
| Portfolio Recov Assoc<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 | Portfolio Recovery Associates, Llc C/O Capit<br>Pob 41067<br>Norfolk, VA 23541-1067 | (p)PROG LEASING LLC<br>256 WEST DATA DRIVE<br>DRAPER UT 84020-2315 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | TCF<br>1405 XENIUM LN N STE 180<br>Minneapolis, MN 55441-4406 | Tea Olive, Llc<br>P.O. Box 1931<br>Burlingame, CA 94011-1931 |
| U S Dept Of Ed/Gsl/Atl<br>P.O. Box 2287<br>Atlanta, GA 30301-2287 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Villagebrook Apartments<br>278 E. St. Charles<br>Carol Stream, IL 60188-2311 |
| Wells Fargo<br>P.O. Box 48724<br>Kansas City, MO 64188 | Wisconsin Dcfs C/O Celica Crook<br>201 E Washington Ave<br>Madison, WI 53703-2866 | Wisconsin Department Of Children And Familie<br>P.O. Box 8916<br>201 East Washington Avenue, Second Floor<br>Madison, WI 53703-2866 |

```
Joseph O Givens                      Marilyn O Marshall                    Megan Swenson
1147 N Austin Blvd                   224 South Michigan Ste 800            The Semrad Law Firm, LLC
Apt 3B                               Chicago, IL 60604-2503                20 S. Clark 28th Floor
Chicago, IL 60651-2503                                                     Chicago, IL 60603-1811


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Aafcu                                Progressive Leasing                   Sprint
14050 Faa Blvd                       10619 South Jordan Gateway # 100      P.O. Box 219554
Fort Worth, TX 76155                 South Jordan, UT 84095                Kansas City, MO 64121


Us Bank                              End of Label Matrix
425 Walnut Street                    Mailable recipients    33
Cincinnati, OH 45202                 Bypassed recipients     0
                                     Total                  33
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 14640 |
| Joseph O Givens, ) | HON. Timothy A Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO EXTEND AUTOMATIC STAY**

NOW COMES Joseph O Givens, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on July 28, 2020.

2. That this case has not yet been confirmed by this Honorable Court.

3. That the Debtor filed a prior Chapter 13 case, case 20 B 05737, which was filed on February 29, 2020 and was later dismissed on July 20, 2020. Please see attached Exhibit A for Debtor's Affidavit. Please see Exhibit B for prior I & J schedules. Please see Exhibit C for Debtor's current I & J schedules.

4. Debtor's prior case was dismissed for Unreasonable delay.

5. In the prior case, Debtor lost his employment in March due to the Covid-19 pandemic.

6. In the prior case, due to the loss of income, Debtor was unable to afford his household expenses and Trustee payments.

7. In the prior case, Debtor failed to have his plan confirmed in a timely manner.

8. As a result, the case was dismissed.

9. In the current case, Debtor has gained new employment on July 27, 2020.

10. In the current case, Debtor is able to maintain his household expenses and monthly plan payments timely.

11. In the current case, Debtor has filed his taxes and is aware that a failure to provide all the required documentation will lead to the dismissal of the case.

12. In the current case, Debtor's monthly plan payments will be made pursuant to a Payroll Control Order.

13. In the current case, Debtor is in a position to proceed and has filed this case in good faith.

WHEREFORE, Debtor, Joseph O Givens, prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order extending the automatic stay, for the reasons set forth in this Motion; and

B. For such other and further relief this court deems just and proper.

Respectfully Submitted,
___/s/ Alexander Nohr___
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603